## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

UNITED STATES OF AMERICA      *    CRIMINAL NO. 05-30019-02

VERSUS      *    JUDGE JAMES

DULCIE KATHLEEN REGESTER      *    MAGISTRATE JUDGE HAYES

## ORDER

Before the Court is a pro se motion by defendant Dulcie Kathleen Regester seeking reconsideration of the detention order previously entered in this case. (Document No.51). "A party who appears by counsel has no right to personally conduct, or assist counsel in conducting, the litigation of his case. While a litigant may appear in his own person or by attorney, he cannot do both. The right to counsel and right to proceed pro se exist in the alternative, so that a party has no right to hybrid representation." *Moody v. Smith,* 105 B.R. 368 (S.D.Tex. 1989).

Defendant is, and at all pertinent times has been, represented by counsel. Her pro se filing is therefore improper, and it is hereby ordered to be **STRICKEN. Defendant is further ordered to refrain from further pro se filings while she is represented by counsel.**

THUS DONE AND SIGNED at Monroe, Louisiana, this 28th day of September, 2005.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE